STEVEN G. KALAR
Federal Public Defender
Northern District of California
GEOFFREY A. HANSEN
Chief Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:        Geoffrey_Hansen@fd.org

Counsel for Defendant Figueroa

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDDIE FIGUEROA,<br><br>Defendant. | **Case No.:** CR 19–721 SI<br><br>**DEFENDANT'S SENTENCING MEMORANDUM**<br><br>**Court:**           Courtroom 1, 17th Floor<br>**Hearing Date:**  February 21, 2020<br>**Hearing Time:** 11:00 a.m. |

    The defendant stands before the Court to be sentenced for selling $20 worth of cocaine base to an undercover police officer in the Tenderloin. The Probation Office has done an expedited report which reflects the fact that the defendant has two prior misdemeanor convictions for coming across the border without permission.  He has no drug-related convictions.

    As with virtually all of the Tenderloin drug defendants, Mr. Figueroa is a citizen of Honduras who undertook the arduous and dangerous trip of coming across Central America and Mexico to make a better life for himself in the United States.  He was apprehended entering this country illegally for the first time, and was sent to Mexico.  He turned around and came in a second time because of his desire to find work in the United States, and was apprehended again.  The third time he actually made it in and tried to find work.  He, again like most of the other Tenderloin defendants,

found it difficult to find that work due to his non-documented status. He was recruited to come to the Bay Area with a promise that he would be given good work, when in fact the intention was to have him sell drugs and be paid a very small amount for those sales. He sadly accepted the offer, and now stands before the Court for the drug sales he participated in.

    Considering the facts that Mr. Figueroa has only two non-violent prior misdemeanor offenses, sold $20 worth of drugs, and will now be deported to Honduras, a sentence of time served is the appropriate sentence in this case. As with most of the defendants similarly situated, the fact that Mr. Figueroa will be deported to Honduras after undertaking what he did to get here is punishment alone. But in addition, he has now been in jail for 60 days for this $20 sale. That is adequate punishment for the crime he committed.

    The defendant therefore respectfully asks for a sentence of time served.

Dated:     February 14, 2020           Respectfully submitted,

    STEVEN G. KALAR
    Federal Public Defender
    Northern District of California

    /S
    GEOFFREY A. HANSEN
    Chief Assistant Federal Public Defender

DEFENDANT'S SENTENCING MEMORANDUM
*FIGUEROA*, CR 19–721 SI

2